ACCEPTED
01-14-00366-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/23/2015 9:10:05 AM
CHRISTOPHER PRINE
CLERK

# WENDELL A. ODOM, JR.

ATTORNEY AT LAW
440 LOUISIANA STREET, SUITE 200
HOUSTON, TEXAS 77002

Wendell A. Odom, Jr.

(713) 223-5575
FAX: (713) 224-2815

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/23/2015 9:10:05 AM

CHRISTOPHER A. PRINE
Clerk

**October 15, 2015**

Christopher A. Prine
Clerk of Court
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

> RE:   Christopher Washington, Appellant v. The State of Texas
> Court of Appeals No:   01-14-00366-CR
> Trial Court Cause No:   1259853

Dear Clerk of Court:

I, Brian Hobson, will present oral argument in the above styled cause on Wednesday, November 4, 2015 at 1:30 p.m.

A copy of this notice is being sent to the District Attorney's Office for Harris County, Texas.

Respectfully,

Brian T. Hobson
Texas Bar # 24086318

Brian T. Hobson
Odom & Davis
440 Louisiana Street, Suite 200
Houston, Texas 77002
Office: (713) 223-5575
Fax: (713) 224-2815
Cell: (281) 798-4798
Email: brian@wendellodom.com